IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| MATTHEW LEWIS HUNTER,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF DES MOINES, IOWA,<br><br>Defendant. | Case No. LACL152725<br><br><br>**VERDICT FORM** |

**Question 1:** Did Plaintiff Matthew Hunter prove his claim of disability discrimiantion, as defined in Instruction No. 19, against Defendant? *(Please mark with an "X")*

YES __X__        NO _____

(If your answer to Question 1 is "yes," proceed to Question 2. Otherwise, skip Question 2.)

**Question 2:** Did the City of Des Moines prove it would have made the same decision to terminate Plaintiff's employment regardless of his disability?

YES _____        NO __X__

(Proceed to Question 3.)

**Question 3:** Did Plaintiff Matthew Hunter prove his claim of failure to accommodate, as defined in Instruction No. 20, against Defendant? *(Please mark with an "X")*

YES __X__        NO _____

(If your answer to Question 3 is "yes," proceed to Question 4. Otherwise, skip Question 4.)

**EXHIBIT 2**

**Question 4:** Did the City of Des Moines prove it would have made the same decision to terminate Plaintiff's employment even if the City failed to provide a reasonable accommodation?

YES \_\_\_\_\_    NO  X

**(If your answer to both or one of Questions #2 and #4 is no, then proceed to Question 5. If your answer is yes to both Questions #2 and #4, then do not answer any further questions.)**

**Question 5:** What amounts do you order Defendant to pay for Plaintiff Matthew Hunter in back pay and front pay?

Back Pay    $ 282,744.14

Front Pay    $ 1,582,487.21

(If your answer to Question 1 was "yes," please proceed to Question 6. If your answer to Question 2 was "yes," proceed to Question 7).

**Question 6:** What amounts do you order Defendant to pay for Plaintiff Matthew Hunter's emotional distress damages related to his disability discrimination claim?

Emotional Distress in the past    $ 187,500

Emotional Distress in the future    $ 187,500

(If your answer to Question 3 was "no," do not answer any more questions. If you answered "yes" to Question 3, continue to Question 7).

**Question 7:** What amounts do you order Defendant to pay for Plaintiff Matthew Hunter's emotional distress damages related to his failure to accommodate claim?

Emotional Distress in the past   $ 187,500

Emotional Distress in the future   $ 187,500

_____
*Foreperson
*To be signed only if verdict is unanimous.

**To be signed by the jurors agreeing thereto after six hours or more of deliberation.

_____        _____
Juror**                         Juror**

_____        _____
Juror**                         Juror**

_____        _____
Juror**                         Juror**

_____
Juror**