E-FILED  2024 MAR 11 2:33 PM POLK - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT IN AND FOR POLK COUNTY

| | | |
|---|---|---|
| MICHAEL SCHMIDT, | * | Case No. _____ |
| Plaintiff, | * | |
| v. | * | ORIGINAL NOTICE |
| CHECKMARX, INC., | * | |
| Defendant. | * | |

TO THE ABOVE-NAMED DEFENDANT:

You are hereby notified that there is now on file in the office of the Clerk of the above court a Petition in the above-entitled action, a copy of which is attached hereto (along with copies of any documents filed with it). The Plaintiff's attorneys are Melissa C. Hasso and Emily E. Wilson of the law firm of Sherinian, Hasso, and Wilson Law Firm, whose address is 111 E. Grand Ave., Suite 212, Des Moines, Iowa 50309, and whose phone number is 515-224-2079.

This case has been filed in a county that utilizes electronic filing. General rules and information on electronic filing are contained in Iowa Court Rules Chapter 16. Information regarding requirements related to the protection of personal information in court filings is contained in Iowa Court Rules Chapter 16, Division VI. You must serve a motion or answer within 20 days after service of this Original Notice upon you by using the Iowa Judicial Branch Electronic Document Management System (EDMS) at www.iowacourts.state.ia.us/efile, unless you obtain from the court an exemption from electronic filing requirements. If you do not file your appearance, motion or answer within 20 days from the date you are served with this Original Notice, judgment by default will be rendered against you for the relief demanded in the application.

Polk County Clerk of Court
110 6th Ave.
Des Moines, IA 50309
(515) 286-3772

NOTE: YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA Coordinator at 515-286-3394 (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942).

**EXHIBIT 4**

E-FILED  2024 MAR 14 9:26 AM POLK - CLERK OF DISTRICT COURT

# Iowa Judicial Branch

| | |
|---|---|
| Case No. | **LACL158225** |
| County | **Polk** |

*Case Title*   MICHAEL SCHMIDT VS CHECKMARX INC

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential.  For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(515) 286-3394** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/.  **Disability access coordinators cannot provide legal advice.**

*Date Issued* **03/14/2024 09:26:32 AM**



*District Clerk of Court or/by Clerk's Designee of* Polk         County
**/s/ Cynthia (Cindi) Richey**

## IN THE IOWA DISTRICT COURT IN AND FOR POLK COUNTY

| | | |
|---|---|---|
| MICHAEL SCHMIDT, | * | Case No. _____ |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | * | |
| | * | **PETITION AT LAW** |
| CHECKMARX, INC., | * | **AND JURY DEMAND** |
| | * | |
| Defendant. | * | |
| | * | |

**COMES NOW** the Plaintiff, Michael Schmidt, by and through his undersigned counsel, and for his cause of action against Defendant Checkmarx, Inc. states as follows:

### PARTIES, VENUE & JURISDICTION

1.      Plaintiff Michael Schmidt ("Schmidt") is and was at all times material hereto a citizen and resident of Ankeny, Polk County, Iowa.

2.      Defendant Checkmarx Inc. ("Checkmarx") is an international cybersecurity company with its United States headquarters located in Atlanta, Georgia.

3.      The unlawful actions described herein occurred in Ankeny, Polk County, Iowa.

4.      The amount in controversy exceeds the jurisdictional requirements of the Iowa District Court in and for Polk County.

### CONDITIONS PRECEDENT

5.      Within 300 days of the last act of discrimination, Plaintiff filed a charge of discrimination against Defendant with the Iowa Civil Rights Commission, which was cross-filed with the Equal Employment Opportunities Commission. A copy of said charge is attached hereto as Exhibit A and its contents are incorporated as if fully set forth herein.

6.    Plaintiff subsequently filed an Amended charge of discrimination with the Iowa Civil Rights Commission, which was cross-filed with the Equal Employment Opportunities Commission. A copy of said Amended charge is attached hereto as Exhibit B and its contents are incorporated as if fully set forth herein.

7.    On January 19, 2024, the Iowa Civil Rights Commission issued an Administrative Release (letter of right-to-sue) to Plaintiff, a copy of which is attached hereto as Exhibit C.

8.    Plaintiff has complied with all conditions precedent to the filing of this cause of action.

## COUNT I:  DISABILITY DISCRIMINATION
### The Iowa Civil Rights Act
### Iowa Code Chapter 216

9.    Plaintiff repleads the allegations set forth above as if fully set forth herein.

10.   Plaintiff Michael Schmidt was employed with Defendant Checkmarx from about February 28, 2022 until March 6, 2023.

11.   Checkmarx hired Schmidt to work as a remote Technical Account Manager out of his home in Ankeny, Iowa.

12.   As a Technical Account Manager, Schmidt was responsible for leading and managing the deployment and adoption of Checkmarx cybersecurity products to clients in Iowa and other states.

13.   Checkmarx markets its products to Iowa companies.

14.   Checkmarx has deployed its products to companies located in Iowa.

15.   Checkmarx has entered into contracts with companies located in Iowa.

16.   Schmidt is a Gulf War veteran.

2

17.     Schmidt has been diagnosed with the mental impairments of Post Traumatic Stress Disorder ("PTSD"), major depressive disorder, and anxiety.

18.     Schmidt's impairments arise out of his military service with the United States Navy from 2005 through 2011.

19.     In 2022, the Department of Veterans Affairs assigned Schmidt at 70% disability rating for PTSD and major depressive disorder.

20.     Schmidt's mental impairments, when active, substantially impair his ability to think, concentrate, recall information, sleep, communicate, engage in social interactions, care for his personal and hygienic needs, and work.

21.     Schmidt also has bilateral hearing loss.

22.     Schmidt notified Checkmarx of his disabilities in late February 2023.

23.     About a week after Schmidt notified Checkmarx of his disabilities, Schmidt's supervisor, Dan Martin, informed Schmidt that he could request accommodations for his disabilities if he needed to.

24.     Schmidt responded to Martin that he would talk to his doctor about his accommodation needs and that after talking to his doctor he may be submitting an accommodation request.

25.     On March 6, 2023, a few days after Schmidt had told Martin he would talk to his doctor about accommodations but before he had had the opportunity to meet with his doctor and make an accommodation request, Martin notified Schmidt that Checkmarx was terminating his employment.

26.     Checkmarx terminated Schmidt at Schmidt's home in Ankeny, Iowa through a teleconferencing session.

3

27.     Schmidt received no disciplinary actions or performance warnings before his termination.

28.     Checkmarx is a "person" under the Iowa Civil Rights Act.

29.     Schmidt was able to perform the essential functions of his job, with or without reasonable accommodations.

30.     Schmidt has an actual disability under the Iowa Civil Rights Act.

31.     Schmidt has a record of a disability under the Iowa Civil Rights Act.

32.     Checkmarx perceived Schmidt as having a disability under the Iowa Civil Rights Act.

33.     Schmidt's disability, whether actual, a record of, and/or perceived, was a factor in Checkmarx's decision to terminate his employment.

34.     Checkmarx terminated Schmidt because of his disability in violation of the Iowa Civil Rights Act.

35.     Checkmarx terminated Schmidt in retaliation for giving notice of an intent to request accommodations for his disability in violation of the Iowa Civil Rights Act.

36.     Checkmarx failed to accommodate Schmidt's disability in violation of the Iowa Civil Rights Act.

37.     As a proximate cause of Checkmarx's illegal actions, Schmidt has been damaged.

**WHEREFORE** Plaintiff Michael Schmidt respectfully prays that this Court enter judgment against Defendant Checkmarx, Inc. and award damages, including damages for emotional distress, mental anguish, compensatory relief, lost wages and benefits, reasonable attorney fees, court costs, with interest as provided by law, and such other and further relief as the Court deems just and equitable.

4

**JURY DEMAND**

Plaintiff hereby requests trial by jury in this matter.


Respectfully Submitted,

By: /s/ Melissa C. Hasso
Melissa C. Hasso  AT0009833
By: /s/ Emily E. Wilson
Emily E. Wilson AT0013860
SHERINIAN, HASSO & WILSON LAW FIRM
111 E. Grand Ave., Suite 212
Des Moines, IA 50309
Telephone:  (515) 224-2079
Facsimile:  (515) 224-2321
Email:  mhasso@sherinianlaw.com
            ewilson@sherinianlaw.com
ATTORNEYS FOR PLAINTIFFS

5

DocuSign Envelope ID: DC63D048-C    E-FILED 2024 MAR 11 2:33 PM POLK - CLERK OF DISTRICT COURT

# IOWA CIVIL RIGHTS COMMISSION COMPLAINT FORM

515-281-4121 / 800-457-4416 / Fax: 515-242-5840 / icrc@iowa.gov / https://icrc.iowa.gov

| (AGENCY USE ONLY) | |
|---|---|
| ICRC CP# 04-23-79875 | Iowa Civil Rights Commission |
| Local Commission# | 400 East 14th Street |
| EEOC# 264-2023-00549 | Des Moines, Iowa 50319-0201 |

### (PLEASE TYPE OR PRINT LEGIBLY)

**SECTION 1: COMPLAINANT INFORMATION**

Your legal name: Michael Schmidt

Your mailing address: 1006 nw Greenwood st

City: Ankeny          State: Iowa          Zip Code: 50023

Telephone #: 6162573368

Email address: Michael.d.Schmidt.jr@gmail.com

Your date of birth: 12/29/1986

Have you previously filed this complaint with any other federal, state, or local anti-discrimination agency?        ☐ Yes        ☒ No

If yes, what agency? _____ When? _____

**SECTION 2: DISCRIMINATION INFORMATION**

1. Please indicate the **AREA(S)** in which the discrimination occurred.

| x Employment | Public Accommodation | Housing |
|---|---|---|
| Education | Credit | Retaliation |

2. Please indicate the **ACTION(S)** that the organization took against you.

| Demotion | Failure to Train |
|---|---|
| x Denied Accommodation or Modification | Forced to Quit/Retire |
| Denied Benefits | Harassment |
| Denied Financial Services/Credit | Layoff |
| Denied Service | Reduced Hours |
| Discipline | Reduced Pay |
| Eviction | Sexual Harassment |
| Failure to Hire | Suspension |
| Failure to Promote | x Termination |
| Failure to Rent | Undesirable Assignment/Transfer |
| Failure to Recall | Unequal Pay |
| Other: _____ | |

3. Please indicate the **BASIS(ES)** or reasons for the discrimination.

   a. Do you believe you were discriminated against because of your race?   No

   If yes, what is your race? _____

   b. Do you believe you were discriminated against because of your skin color?  No

EXHIBIT

A

ICRC RECEIVED
APR 2 [illegible]

DocuSign Envelope ID: DC63D046-C   718-8 ... 2839C4326D80

E-FILED 2024 MAR 11 2:33 PM POLK - CLERK OF DISTRICT COURT

If yes, what is your skin color? _____

c. Do you believe you were discriminated against because of your national origin? _No_____

   If yes, what is your national origin? _____

d. Do you believe you were discriminated against because of your sex? _No_____

   If yes, what is your sex? _____

e. Do you believe you were discriminated against because of your sexual orientation? _No_____

   If yes, what is your sexual orientation? _____

f. Do you believe you were discriminated against because of your gender identity? _No_____

   If yes, what gender do you identify as? _____

g. Do you believe you were discriminated against because of a real or perceived disability? _Yes__

   If yes, what is your real or perceived disability? _Ptsd, adhd, anxiety, depression_____

h. Do you believe you were discriminated against because of your religion or creed? _No_____

   If yes, what is your religion or creed? _____

i. Do you believe you were discriminated against because of your pregnancy or pregnancy -
   related condition? _No_____

j. If your complaint involves employment or credit, do you believe you were discriminated
   against because of your age? _No_____

   If yes, do you believe you were discriminated because you are older or because you are
   younger? _____

k. If your complaint involves housing or credit, do you believe you were discriminated against
   based on your familial status? _No_____

   If yes, how many children live with you? _____

l. If your complaint involves credit, do you believe you were discriminated against based on your
   marital status? _No_____

   If yes, what is your marital status? _____

m. Do you believe you were retaliated against because you reported discrimination to someone
   within the organization, filed a complaint with the ICRC, or participated as a witness in an
   anti-discrimination agency proceeding?
   _Yes_____

   If yes, what did you report or complain about, and to whom?
   _I was the escape goat to the sales time for a large client to loss service. Sales hide things from me and lack of_
   _communicating with me. My boss informed me I need to improve on my skills. And was unable to provide direct_
   _examples or coaching. Just stated to do better., I mentioned that I have disability, next week I was fired._

   State what happened to you as a result of your report or complaint.
   _I was never wrote up, coached, or have a performance review.   I was always going above and beyond and trying to_
   _always ask for feedback from peers. In fact several rolls reached out confused on my departure and offered references_
   _letters. I was giving no reason of being let go but performance._

ICRC REC...
APR 21 2022 ...

DocuSign Envelope ID: DC63D5... FILED 2024-MAR-13 8:33 PM POLK - CLERK OF DISTRICT COURT



4. What was the date (month/day/year) of the MOST RECENT discriminatory incident? (REQUIRED):
   03/06/2023

5. If Employment is the Area, what is your hire date or application date? __02/28/2022__

6. Are you still employed by the organization that discriminated against you? ☐ Yes ☒ No

   If no, when did your employment end? __03/06/2023__ (month, day, year)
   If no, how did your employment end?

   ☒ Terminated          ☐ Forced to Quit/Retire

## SECTION 2: RESPONDENT INFORMATION

7. What is the full legal name of the organization that discriminated against you?
   [This organization will be charged with discrimination and given a copy of your complaint.]
   Checkmarx

   Address: __7000 Central Parkway Suite 1045 30328__
   City: __Atlanta__          County: __Polk__          State: __Georgia__
   Zip Code: __30328__          Telephone #: (__800__)    __597__   -   __7756__

8. If the organization listed in #7 has a parent organization or corporate office, list it here.
   [This organization will also be charged with discrimination and given a copy of your complaint.]

   Address: _____
   City: _____  State: _____
   Zip Code: _____  Telephone #: (_____) _____ - _____

9. Provide the address of the location where the discrimination occurred:
   Internet

10. If you are claiming harassment, identify the individual(s) who harassed you.   These individuals
    will be charged with discrimination and will be given a copy of your complaint.
    *Note: Individuals cannot be named as respondents in complaints in the Area of Education*

    Name: _____  Job Title: _____
    Work or Home Address: _____

    Name: _____  Job Title: _____
    Work or Home Address: _____

    If more than two individuals, please list by name, job title, and address on an attached piece of
    paper.

11. If Employment is the Area, indicate approximate number of ALL employees (full-time and
    part-time) at ALL employer locations nationwide (REQUIRED):
    ☐ 4-14    ☐ 15-19    ☐ 20-100    ☐ 101-200    ☐ 201-500    ☒ 500+

ICRC RECEIVED
APR 21 2023 ...

DocuSign Envelope ID: DC63D546-L    E-FILED 2024 MAR 11 2:33 PM POLK - CLERK OF DISTRICT COURT

## SECTION 4: BRIEF SUMMARY OF ALLEGATIONS

Please describe what happened to you. State how you were discriminated against. What happened? When did it happen? Be sure to address each Action you checked on page one and each Basis you addressed on page two. *[Please read the instruction sheet before writing your brief summary.]*

One day I had a client have I have lost service they reach out to me and requested for me to join a call. I was unable to attend due to walking into another meeting, but worked with support and informed them that they will join their call as soon as possible as well as once my call is complete I will join their call also. Support identify the issue within five minutes. It was quickly responding to resolve the issue. Working with other teams within the company. I requested support to join their call, but I was not aware she was the only one working that day and was currently on lunch. My boss called me during my car that I was in first and requested me to join as soon as I'm done with the call. Then informed me that this was unacceptable that they lost service . I informed him  since I've been on the account for one month that the sales team failed to deliver a quote for more space that would prevent them ever losing service. The client requested it prior to me joining their account team and every week continue to drag it out and say I'll provide it the next day, but never did they didn't provide it until this issue occurred.  Due to me not being on the call I was the scapegoat for the issue as the sales team was able to attend. A week later, I vented to my boss about being stressed out because the sales team is not transparent, nor communicate directly with me, even knowing I always ask and request them to do so. I asked for suggestions on how I can better this then he asked you need to do better. I informed him in the past, and once again, I have several disabilities and asked if that could be the reason that they may have misunderstood me. He then said do better and he had to get off the call.  Then called me a week late tell me I can request for accommodation. I ask what problem do I need to address, but he would just divert to saying I could put an accommodation, but not provide any reason of what is my problem he has with me. That week was my one year anniversary and he didn't say anything to me the prior week I had another peer have theirs, and he congratulated them as well as the week after there was another peer.  Not to mention he cared less to say happy birthday, even though and I saw him in person then the week following. But it announces everybody else's birthday the following weeks I truly was left out numerous times, and disregarded.  I always had to open door and trying to build bridges and communicate I believe my transparency about my disability was used against me and ultimately the reason why I was let go. Furthermore, I worked for the largest clients which Is group CIGNA, Goldman Sachs, CME, Best Buy, EY global, and Disney. I was given a paper that states that I cannot apply to any of my companies that I wear my clients or any competitors for 18 months.  I was given one extra two week paycheck and that's it. I was also given stocks prior, but I was not paid out for them. I was given zero reason of why I let I was let go, as I worked with a lot of leaders in the cyber security industry my images now ruined due to them, and I cannot work to them due to a noncompete. During this whole time of these events identified that my PTSD causes me to have issues with short-term memory. I discovered this on the day that I got married that I forgot my whole wedding.

I certify under penalty of perjury and pursuant to the laws of the State of Iowa and the laws of the United States of America that the preceding charge is true and correct.

X _____    4/21/2023

   **Signature of Complainant (REQUIRED)**          **Date**

It is not necessary that you provide any additional documentation at this time. Be aware that any additional documentation provided with your complaint form will be sent out to all named parties along with this form. An opportunity to provide additional documentation will be given at a later time if/when the complaint is accepted by the ICRC. Any submitted additional documentation/narration of more than five pages may result in a delay in the processing of your complaint.

ICRC RECEIVED
APR 21 2023

E-FILED 20⬤MAR 11 2:33 PM POLK - CLERK OF DISTRICT COURT

## BEFORE THE IOWA CIVIL RIGHTS COMMISSION

| | |
|---|---|
| Michael Schmidt,<br><br>Complainant,<br><br>v.<br><br>Checkmarx<br>[Name, if applicable]<br>[Name, if applicable]<br><br>Respondent(s). | CP# 04-23-79873<br>EEOC# 26A-2023-00549<br><br>Amended Complaint |

COMES NOW the Complainant and amends the original complaint as follows:

I am amending my complaint to clarify that Respondent retaliated against me for putting them on notice, in a discussion with my manager, Dan Martin, of an intent to request accommodations for my disability. When I put them on notice of this intent, they fired me.

_____

_X_ I also want this charge filed with the EEOC or appropriate Federal Agency.

I will advise the agencies if I change my address or telephone number and will cooperate fully with them in the processing of my charge in accordance with their procedures.

I certify under penalty of perjury and pursuant to the laws of the State of Iowa and the laws of the United States of America that the preceding charge is true and correct.

**ICRC RECEIVED**
**JUN 15 2023 PM2:49**

Date: Jun 15, 2023 _____ Charging Party['s attorney]:▬▬▬▬▬_____(Signature)

Verification without notary is authorized by Iowa Code § 622.1 and 28 U.S.C. § 1746.

**EXHIBIT**

**B**

E-FILED   2024 APR 26 2:26 PM POLK - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| MICHAEL SCHMIDT, <br><br>     Plaintiff, <br><br> v. <br><br> CHECKMARX, INC., <br><br>     Defendant. | Law No. LACL158225 <br><br><br> **ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT CHECKMARX, INC.** |

Thomas M. Cunningham of Nyemaster Goode, P.C., hereby enters his appearance as counsel for Defendant Checkmarx, Inc. Defendant's counsel is filing simultaneously herewith an Acceptance and Waiver of Service dated April 26, 2024.

/s/ Thomas M. Cunningham
Thomas M. Cunningham AT0001830
Email: tmcunningham@nyemaster.com
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309
Telephone: (515) 283-8176
Facsimile: (515) 283-8045
ATTORNEYS FOR DEFENDANT
CHECKMARX, INC.

E-FILED   2024 APR 26 2:26 PM POLK - CLERK OF DISTRICT COURT

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 26, 2024, the foregoing was filed with the Clerk of Court using the Iowa Electronic Document Management System, which will send notifications of electronic filing to the following counsel.  Per Iowa Rule 16.318(1), this constitutes service of the document for purposes of the Iowa Court Rules.

Melissa C. Hasso AT0009833
Emily E. Wilson AT0013860
SHERINIAN, HASSO & WILSON LAW FIRM
111 E. Grand Ave., Suite 212
Des Moines, IA 50309
Telephone: (515) 224-2079
Facsimile: (515) 224-2321
Email: mhasso@sherinianlaw.com
Email: ewilson@sherinianlaw.com
ATTORNEYS FOR PLAINTIFF

*/s/ Thomas M. Cunningham*

2

## IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| **MICHAEL SCHMIDT,**<br><br>      **Plaintiff,**<br><br>**v.**<br><br>**CHECKMARX, INC.,**<br><br>      **Defendant.** | **Law No. LACL158225**<br><br><br>**ACCEPTANCE OF SERVICE ON BEHALF OF DEFENDANT CHECKMARX, INC.** |

I, Thomas M. Cunningham, do hereby acknowledge receipt of the <u>Original Notice</u> and <u>Petition at Law and Jury Demand</u> (and all exhibits thereto) in the above captioned case.

I am authorized to accept service of the <u>Original Notice</u> and the <u>Petition at Law and Jury Demand</u> on behalf of Defendant Checkmarx, Inc.

I hereby accept service of the <u>Original Notice</u> and the <u>Petition at Law and Jury Demand</u> on behalf of Defendant Checkmarx, Inc. This Acceptance and Waiver of Service of Process is made as of April 26, 2024, and shall constitute service of the Original Notice and the Petition at Law and Jury Demand upon that defendant effective as of this date.

1

E-FILED 2024 APR 26 2:30 PM POLK - CLERK OF DISTRICT COURT

Date: April 26, 2024

/s/ *Thomas M. Cunningham*
Thomas M. Cunningham AT0001830
Email: tmcunningham@nyemaster.com
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309
Telephone: (515) 283-8176
Facsimile: (515) 283-8045
ATTORNEYS FOR DEFENDANT
CHECKMARX, INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 26, 2024, the foregoing was filed with the Clerk of Court using the Iowa Electronic Document Management System, which will send notifications of electronic filing to the following counsel. Per Iowa Rule 16.318(1), this constitutes service of the document for purposes of the Iowa Court Rules.

Melissa C. Hasso AT0009833
Emily E. Wilson AT0013860
SHERINIAN, HASSO & WILSON LAW FIRM
111 E. Grand Ave., Suite 212
Des Moines, IA 50309
Telephone: (515) 224-2079
Facsimile: (515) 224-2321
Email: mhasso@sherinianlaw.com
Email: ewilson@sherinianlaw.com
ATTORNEYS FOR PLAINTIFF

/s/ *Thomas M. Cunningham*

2